UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ELISANDRO MENDOZA,

       Plaintiff,                       3:09-CV-0717-LRH (VPC)

vs.                                      **MINUTES OF THE COURT**

STEPHANIE HUMPHREY,             Date: November 30, 2010

       Defendant.
_____/

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:   NONE APPEARING

COUNSEL FOR DEFENDANTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     Defendant filed a motion for *in camera* submission of exhibit in support of defendant's motion to dismiss (#25).  No opposition was filed.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Therefore,

     **IT IS ORDERED** that defendant's motion for *in camera* submission of exhibit in support of defendant's motion to dismiss (#25) is **GRANTED**.  The exhibit (#27) is filed and shall remain under seal.

     **IT IS SO ORDERED.**

                                          LANCE S. WILSON, CLERK

                            By:   /s/
                               Deputy Clerk.