UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

ELISANDRO MENDOZA                )
                                 )
      Plaintiff,                )    3:09-cv-00717-LRH-VPC
                                 )
v.                               )
                                 )    O R D E R
STEFANIE HUMPHREY, et al.,       )
                                 )
      Defendants.               )
_____  )

      Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#40[1]) entered on January 25, 2011, recommending granting Defendants' Motion to Dismiss (#26) filed on September 2, 2010. Plaintiff did not file an objection.

      The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#40) entered on January 25, 2011, should be adopted and accepted.

///

///

---

[1]Refers to court's docket number.

1   IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#40) entered on January 25, 2011, is adopted and accepted, and Defendant's Motion to Dismiss (#26) is GRANTED.

   IT IS SO ORDERED.

   DATED this 23rd day of February, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE