AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ELISANDRO MENDOZA,

    Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                                   CASE NUMBER: **3:09-CV-00717-LRH-VPC**

STEFANIE HUMPHREY, et al.,

    Defendants.

\_\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (#26) is **GRANTED**.


  March 8, 2011                                            **LANCE S. WILSON**
                                                                                                         Clerk

                                                                                               /s/ D. R. Morgan
                                                                                                  Deputy Clerk